**CLOSED**

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

|  |  |  |
|---|---|---|
| REGINA MORRISEAU<br>o/b/o ZHANE MORRISEAU, | : | |
| | : | |
| | : | |
| Plaintiff, | : | Hon. Dennis M. Cavanaugh |
| | : | |
| v. | : | **ORDER** |
| | : | |
| COMMISSIONER OF SOCIAL | : | Civil Action No.: 04-4169 |
| SECURITY, | : | |
| | : | |
| Defendant. | : | |
| | : | |

DENNIS M. CAVANAUGH, U.S.D.J.

This matter comes before the Court upon Zhane Morrisseau's ("Plaintiff") appeal from a final

decision of the Commissioner of the Social Security Administration's ("Commissioner") denying

Plaintiff's request for Supplemental Security Income ("SSI").  This Court has jurisdiction to review

this matter pursuant to 42 U.S.C. § 405(g) and § 1383(c)(3).  This matter is decided without oral

argument pursuant to Rule 78 of the Federal Rules of Civil Procedure.  After reviewing all of the

submissions filed on behalf of the parties and for the reasons set forth in the Court's Opinion issued

on this day.

It is on this 12th day of April, 2006,

**ORDERED** that the decision of the Commissioner of the Social Security Administration is

**affirmed**.

 S/ Dennis M. Cavanaugh
Dennis M. Cavanaugh, U.S.D.J.

Date:   April 12, 2006
Orig:   Clerk's Office
cc:     All parties
        File